**Order filed September 21, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00003-CR

_____

## SHAWN PINSON, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-44,548**

**and**

_____

## No. 11-17-00091-CR

_____

## DAVID GONZALES, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-44,600**

**and**

_____

## No. 11-17-00231-CR

_____

**MICAH LOY VASED A/K/A MICAH MAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-16-0495-CR**

**and**

_____

## No. 11-17-00186-CV

_____

**DAVID MEISELL ET AL., Appellants**

**V.**

**ECTOR COUNTY HOSPITAL DISTRICT ET AL., Appellees**

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-16-12-1180-CV**

**and**

_____

# No. 11-17-00206-CR

_____

## PETE PEREZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-16-0213-CR**

**and**

_____

# No. 11-17-00249-CV

_____

## JUSTIN SMITH AND RICHARD HEREDIA, Appellants

## V.

## DIRECTRU ASSETS MANAGEMENT,LLC, Appellee

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-16-07-0672-CV**

**O R D E R**

The appeals in Cause Nos. 11-17-00003-CR and 11-17-00091-CR have become unduly stalled due to the failure of Joel Rodriguez, the court reporter for the 161st District Court, to prepare and file in this court the reporter's record in each cause. By this order, this court endeavors to set up a schedule of due dates for these two appeals and also for the other appeals in which reporter's records are due from Rodriguez.

The reporter's record in Cause No. 11-17-00003-CR was originally due on April 10, 2017. Rodriguez has filed five requests for extensions, three of which were granted and two of which were granted in part. We reluctantly granted Rodriguez's fifth request on August 14, 2017, informed Rodriguez that this court deemed the inordinate delay to be a serious matter, and directed that the reporter's record be filed on or before September 11, 2017. As of today, Rodriguez has not filed the reporter's record.

The reporter's record in Cause No. 11-17-00091-CR was originally due on May 22, 2017. Rodriguez has filed four requests for extensions, one of which was granted and three of which were granted in part. When we granted Rodriguez's fourth request on August 24, 2017, we directed Rodriguez to file the reporter's record on or before September 20, 2017, and informed him that this court expected the record to be filed with no further requests for extension. As of today, Rodriguez has not filed the reporter's record.

This court directs that the following schedule be adhered to by Rodriguez for the filing of reporter's records that are due from him in appeals currently pending before this court:

| CASE NUMBER | STYLE OF CASE | DUE DATE OF REPORTER'S RECORD |
| --- | --- | --- |
| 11-17-00003-CR | Shawn Pinson v. The State of Texas | Current due date 9/11/2017 - (5 extensions) Court's own extension 9/28/17 |

4

| 11-17-00091-CR | David Gonzales v. The State of Texas | Current due date 9/20/2017 – (4 extensions) Court's own extension to 10/9/2017 |
| 11-17-00231-CR | Micah Loy Vasek a/k/a Micah May v. The State of Texas | Current due date 9/21/2017 – (0 extensions) Court's own extension to 10/23/2017 |
| 11-17-00186-CV | David Meisell et al. v. Ector County Hospital District et al. | Current due date 10/17/2017 – (2 extensions) Court's own extension to 11/3/2017 |
| 11-17-00206-CR | Pete Perez | Current due date 10/18/2017 – (1 extension) Court's own extension to 11/17/2017 |
| 11-17-00249-CV | Justin Smith and Richard Heredia v. Directru Assets Management LLC | Current due date 11/06/2017 – (0 extensions) Court's own extension to 12/1/2017 |

By this order, **Joel Rodriguez is ORDERED to file the reporter's record in Cause No. 11-17-00003-CR on or before 5:00 p.m. on September 28, 2017, and to file the reporter's record in Cause No. 11-17-00091-CR on or before 5:00 p.m. on October 9, 2017.** If the reporter's records in these causes have not been filed by the respective deadlines, Rodriguez may be required to appear in person before the Eleventh Court of Appeals to explain the delay. Should Rodriguez fail to obey this order, a contempt proceeding may be initiated against him.

PER CURIAM

September 21, 2017

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.